IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00726-WYD-KMT

ANDRE LITTLETON,

    Plaintiff,

v.

MEDICREDIT, INC., a Missouri corporation,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER is before the Court on the parties' Stipulation Of Dismissal With Prejudice [ECF No. 15], filed on June 20, 2014.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation Of Dismissal With Prejudice [ECF No. 15] is **APPROVED**.  In accordance therewith, this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  June 26, 2014.

                BY THE COURT:

                /s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior U.S. District Judge